AO 91 (Rev. 11/11) Criminal Complaint

E-filing

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Hoang Duc Bui<br><br>Defendant(s) | Case No.<br><br>CR-20 71153 MAG |

**FILED**
AUG 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 6, 2020__ in the county of __Santa Clara__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Theft of Mail<br><br>Maximum penalties: Up to 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment; restitution; and forfeiture. |

This criminal complaint is based on these facts:

See Affidavit of Amanda Cappuzi, U.S. Postal Inspector

☑ Continued on the attached sheet.

/s/ SvK
*Complainant's signature*

Amanda Capuzzi, U.S. Postal Inspector
*Printed name and title*

Approved as to form /s/Christoffer Lee
AUSA Christoffer Lee

Sworn to before me by telephone.

Date: 08/18/2020

*Judge's signature*

Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

City and state:

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, Amanda Capuzzi, United States Postal Inspector, being sworn, hereby declare as follow:

### INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. I make this Affidavit in support of a criminal complaint and issuance of arrest warrant for Hoang Duc BUI ("BUI") for a violation of Title 18, United States Code, section 1708, Theft of Mail.

2. The facts set forth in this affidavit are based on my review of written reports and materials, my personal observations, my training and experience, and information from other law enforcement officials. However, these facts are not all of the facts related to this investigation that I know. I have set forth those facts that I believe are sufficient to establish probable cause that BUI committed the aforementioned offense. My understanding of the facts and circumstances may evolve as the investigation progresses.

### AGENT'S BACKGROUND

3. I am a United States Postal Inspector assigned to the San Francisco Division of the United States Postal Inspection Service ("Inspection Service"), and have been so employed since June 2017. I am authorized by law to carry firearms, execute warrants, conduct investigations, and to make arrests for offenses against the United States of America. I am currently assigned to the External Crimes (EC) Team in San Jose, California. The EC Team investigates postal related crimes including the theft of the United States Mail, and the related crimes of identity theft, check and credit card fraud.

4. As a Postal Inspector, I received federal law enforcement training in the areas of mail theft, mail fraud, identity theft and credit card fraud at the Inspection Service Career Development Unit training academy. During my employment with the Inspection Service, I have participated in investigations involving the theft of mail, and the related crimes of identity theft and related fraud. I have interviewed witnesses and cooperating individuals regarding mail

1

theft and the related crimes of identity theft and fraud. I have also read official reports of other law enforcement officers and postal inspectors.

## APPLICABLE LAW

5. Title 18, United States Code, section 1708 prohibits theft of mail. A violation of section 1708 requires proof that: (1) the defendant possessed stolen mail(s) (or its contents); (2) the defendant knew the mail(s) (or its contents) were stolen; and (3) the mail(s) (or its contents) were, in fact, stolen.

## FACTS SUPPORTING PROBABLE CAUSE

Investigation of March 30, 2020 Burglary of USPS Delivery Vehicle and Related Fraud

6. On March 30, 2020, a USPS delivery vehicle was burglarized while parked at 610 Kiely Boulevard, Santa Clara. Several trays of mail were taken from the postal vehicle after the rear door lock was defeated. Postal Inspectors were unable to obtain surveillance video of the postal delivery vehicle burglary.

7. On or about May 8, 2020, I contacted victim, MC, who described that on or about March 30, 2020, he should have received his Mission City Credit Union ("MCCU") debit card in the mail. MC said he received a fraud alert from his credit union about the debit card being used at different locations in San Jose, including transactions on March 31, 2020 at a Wells Fargo ATM, located at 3331 San Felipe Road, San Jose for $403.00 and a Walgreens Store, located at 2799 South White Road in San Jose for $505.95. MC's residence was on the delivery route affected by the postal delivery burglary that occurred on March 30, 2020. MC stated he had also filed a report with the Santa Clara Police Department ("SCPD").

8. On or about June 11, 2020, SCPD provided me with surveillance video from the transactions at the Wells Fargo ATM for $403.00, and the Walgreens Store for $505.95. I am familiar with BUI's physical appearance and recognized BUI making both of the transactions in the surveillance video. BUI also had an unknown female with him in at least one of the

surveillance video. See photographs below:



9. On or about June 17, 2020, I spoke to MC by telephone. MC stated he does not know BUI, and he did not give him permission to possess his debit card or authorize him to make purchases using his MCCU debit card.

Investigation of April 6, 2020 Burglary of USPS Delivery Vehicle and Related Fraud

10. On April 6, 2020, a USPS postal delivery vehicle was burglarized while parked at 758 Stardust Lane, San Jose. Several trays of mail were taken from the postal vehicle after the rear door lock was defeated. Postal Inspectors were unable to obtain surveillance video of the postal delivery vehicle burglary.

11. On or about April 9, 2020, I contacted victim JS regarding fraud she was experiencing on her Bank of the West debit card. JS stated she was notified by Bank of the West someone had used her debit card at multiple locations in San Jose. JS's residence was on the delivery route affected by the postal delivery burglary that occurred on April 6, 2020; JS had expected to receive her Bank of the West debit card in the mail but never did. That same day—

3

April 6, 2020—three unauthorized transactions occurred on JS's Bank of the West debit card: two ATM withdrawals from an ATM located inside the Chevron gas station convenience store at 900 Meridian Avenue, San Jose, CA, for $202.95 at approximately 2:54 PM and again at approximately 2:55 p.m. for $202.95, as well as a $45.16 purchase of fuel within the Chevron store at the same location at approximately 2:58 p.m.

12. On or about April 10, 2020, I responded to the Chevron located at 900 Meridian Avenue, San Jose. An employee permitted me to review the surveillance video from April 6, 2020. In that surveillance video, I observed BUI near the ATM in the same time frames as the known fraudulent transactions. I also observed Bui make the fuel transaction at approximately 2:58 p.m. See photograph below. In surveillance video before making the fuel transaction, BUI walked out to a vehicle, where there was a waiting unknown female, and an unknown driver.



13. On or about June 17, 2020, I spoke to victim JS by telephone. JS stated she does not know BUI, and she did not give him permission to possess, or authorize him to make purchases using, her Bank of the West debit card.

Investigation of May 29, 2020 Burglary of USPS Delivery Vehicle

14. On May 29, 2020, a USPS delivery vehicle was burglarized while parked at 247 North Capitol Avenue, San Jose. Mail and parcels were taken from the postal vehicle after the

4

rear door lock was defeated. Postal Inspectors obtained surveillance video of a silver BMW sedan, with California license plate 6AZM901. The video showed the BMW park next to the postal delivery vehicle and BUI exit. The video also showed BUI open the back door of the postal delivery vehicle and take trays of mail and a USPS carrier satchel. Bui placed these stolen items in the BMW sedan.

 

June 6, 2020 Arrest of Hoang BUI by San Jose Police Department

15. On June 6, 2020 BUI was arrested by San Jose Police Department ("SJPD") officers. SJPD officers responding to a report of a residential prowler made contact with BUI while he was sitting in the driver's seat of a silver BMW sedan, with California license plate 6AZM901. This was the same vehicle and license plate visible on the surveillance video from the May 29, 2020 postal delivery vehicle burglary. When searching BUI, SJPD officers found multiple pieces of mail, checks, credit/debit cards, along with different burglary tools, and card manufacturing machines inside the vehicle. I compared the addresses from the stolen mail to

known USPS delivery vehicle burglaries, and discovered that the addresses of a majority of the recovered mail had been affected by recent postal delivery vehicle burglaries.

<u>Investigation of July 28, 2020 Burglary of USPS Delivery Vehicle</u>

16. On July 28, 2020, a USPS delivery vehicle was burglarized while parked at 1141 Rockefeller Drive, Sunnyvale. A tray of mail was taken from the postal vehicle after the rear door lock was defeated. Postal Inspectors were able to obtain photographs and a statement taken by a witness that indicated a person matching BUI's description opened the back of the postal delivery vehicle and put mail into a black Lexus sedan. From the photos, Postal Inspectors were able to determine the black sedan Lexus appeared to have California license plate 5RKF325 and damage to the passenger's side rear tail light. The photographs appear below.




Investigation of August 13, 2020 Burglary of USPS Delivery Vehicle

17. On August 13, 2020, a USPS delivery vehicle was burglarized while parked at 310 Crestview Drive, Santa Clara. A tray of mail, along with the carrier's genuine USPS mailbox key and vehicle key were taken from the postal vehicle. Postal Inspectors were unable to obtain surveillance video of the postal delivery vehicle burglary.

August 13, 2020 Arrest of Hoang BUI by Palo Alto Police Department

18. Later that evening, BUI and a female associate were detained and later arrested by Palo Alto Police Department ("PAPD") officers after receiving a call for service for two individuals trespassing. Officers found BUI possessed multiple blank, uncut keys, and the female associate possessed methamphetamine, a Lexus vehicle key, and a USPS delivery vehicle key. PAPD determined BUI and the female associate were associated with a black Lexus sedan parked nearby; the black Lexus sedan had license plate 5RKF325 and damage to the passenger's side rear tail light. This was the same vehicle captured in the witness photographs from the July 28, 2020 postal delivery vehicle burglary described above. PAPD searched the vehicle and recovered indicia for both suspects, a face mask, a replica "Glock" firearm, additional suspected methamphetamine, stolen mail, various personal identifying information, an additional USPS postal delivery vehicle key and a genuine USPS mailbox key attached to a USPS carrier chain. BUI's photograph, a photograph of the face mask, replica Glock firearm, and black Lexus sedan, with license plate 5RKF325 and damage to the rear, right tail light appear below.





19.     Based on the serial number located on the genuine USPS mailbox key recovered on August 13, 2020, Postal Inspectors determined the USPS mailbox key was taken during the USPS vehicle burglary that occurred earlier that day near 310 Crestview Drive, Santa Clara. I reviewed the mail recovered in the vehicle and found that a majority of it was from the same carrier route covered by the USPS vehicle affected by the burglary on August 13, 2020.

## CONCLUSION

20.     For the reasons stated above, I respectfully submit that there is probable cause to believe that on April 6, 2020, in the Northern District of California, BUI (1) possessed the contents of stolen mail, specifically victim JS's Bank of the West debit card; (2) knew JS's Bank of the West debit card was stolen; and (3) JS's Bank of the West debit card was, in fact, stolen, all in violation of 18 U.S.C. § 1708, Theft of Mail. I respectfully request that the Court issue the requested criminal complaint and arrest warrant.

/s/ SvK
AMANDA CAPUZZI
U.S. Postal Inspector

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 18th day of August 2020.

HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

8