UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOANG DUC BUI,<br><br>Defendant. | Case No. 20-mj-71153-MAG-1   (VKD)<br><br>**DETENTION ORDER** |

The United States moves for detention of defendant Hoang Duc Bui. The Court held a hearing on the motion on September 10, 2020. Dkt. No. 6. Mr. Bui appeared by video conference and was represented by counsel. *Id.* Mr. Bui waived written findings, and the United States does not object to that waiver. *Id.*

The Court has considered the parties' presentations and proffers of evidence, as well as the factual findings contained in the report of Pretrial Services. The Court has considered the factors set forth in 18 U.S.C. § 3142(g). For the reasons stated on the record during the hearing, the Court concludes that, while there may be conditions or a combination of conditions of release that would reasonably assure Mr. Bui's appearance, there are no such conditions of release that would reasonably assure the safety of others and the community. Accordingly, the Court concludes that Mr. Bui's detention is warranted at this time.

As the record suggests that Mr. Bui suffers from a significant substance abuse problem, the Court asks Pretrial Services to arrange for an evaluation by New Bridge regarding Mr. Bui's suitability for residential substance abuse treatment. Such evaluation shall be scheduled so as not to interfere with the scheduling of evaluations for detainees who have already been ordered

released to residential drug treatment.

Mr. Bui is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Mr. Bui shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the United States, the person in charge of the corrections facility shall deliver Mr. Bui to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: September 11, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge